# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON 6/2/2016
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| United States of America <br> v. <br> Carlos Humberto Zamarripa | ) ) ) ) ) | Case No: 5:06-CR-220-2BO <br> USM No: 50440-056 |
| Date of Original Judgment: May 8, 2007 <br> Date of Previous Amended Judgment: August 5, 2009 <br> *(Use Date of Last Amended Judgment if Any)* | ) ) | Robert Waters <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The amount of cocaine involved is 450 kilograms or greater.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated May 8, 2007, August 5, 2009, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 6-2-16

/s/ Terrence W. Boyle
Judge's signature

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle  U.S. District Judge
Printed name and title

EDNC Rev. 11/8/2011